UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X      1:23-cv-935-JMF
PRIME PROPERTY & CASUALTY
INSURANCE, INC.,

                                                                                                   ~~[PROPOSED]~~
                                        Plaintiff,                      **JUDGMENT**

          -against-


PEDRO CARDENAS, FANCY FOODS, and
FANCY FOOD LOGISTICS, LLC,

                                        Defendants.
-------------------------------------------------------------------X

      By Order dated June 13, 2023 (Docket No. 45), the Southern District Court of New York determined that Defendants Pedro Cardenas, Fancy Foods and Fancy Food Logistics, LLC (collectively "Defendants") breached their obligations under the Policy issued by Plaintiff Prime Property & Casualty Insurance Inc. ("Plaintiff") and granted judgment for reimbursement of all costs, expenses, judgment and settlements incurred in the Underlying Actions from December 29, 2022;

      **NOW COMES** Plaintiff having been granted a Judgment from the Southern District Court of New York, State of New York, on June 13, 2023, entering a default judgment in Plaintiff's favor as against Defendants for the relief sought in the Complaint therein declaring, among other things, Defendants breached their obligations under the Policy issued by Plaintiff, that no coverage is afforded to Defendants in the Underlying Actions, and they are not entitled to a defense or indemnity from Plaintiff for the Underlying Actions, and that Defendants are obligated to reimburse Plaintiff for any payments made to defend and indemnify the claims made against Defendants in the Underlying Action;

      **Now, it is**:

      **IT IS ADJUDGED** that based on the Declaration of Colin McGinley dated March 3, 2025, and supporting documents attached thereto, Plaintiff shall be entitled to judgment in the total amount of $994,133.10, plus interest that is set forth in detail as set forth below:

      **IT IS FURTHER ADJUDGED** that Plaintiff Prime Property & Casualty Insurance, Inc. recover from Defendants (a) the total principal amounts of $194,133.10 for defense expenses and $800,000.00 for indemnity costs for a total Judgment in the amount of $994,133.10; and (b) 9% annual pre-judgment interest on the awarded amount of $194,133.10 from December 29, 2022 through entry of this judgment for total interest in the amount of $39,311.94 making a total amount of $1,033,445.05 and that Plaintiff have execution thereupon. The Clerk shall

so enter judgment.  The Clerk of Court is directed to close the case.

Dated: March 11, 2025                     SO ORDERED.

                                                                    _____
                                                                    Hon. Judge Jesse M. Furman